# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY CO.**, | Case No. 3:18-cv-517-PK |
| Plaintiff, | **ORDER** |
| v. | |
| **DANIEL SELLARS, et al.**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Paul Papak issued Findings and Recommendation in this case on August 20, 2018. ECF 33. Judge Papak recommended that the motion of Interpleader Plaintiff State Farm Fire and Casualty Co. (State Farm) for Order to Discharge Plaintiff from Further Liability and Award of Attorneys' Fees and Costs should be GRANTED. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Papak's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge Papak's Findings and Recommendation, ECF 33. State Farm's Motion for Order to Discharge Plaintiff from Further Liability and Award of Attorneys' Fees and Costs (ECF 20) is GRANTED. All claims and liability related to the State Farm Policy are discharged with prejudice and State Farm is entitled to attorney's fees and costs in a reasonable amount to be determined by the Magistrate Judge.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2018.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge